# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEB 2.0 TECHNOLOGIES, LLC and PENNAR SOFTWARE CORPORATION, *Plaintiffs,* v. MANGO TECHNOLOGIES, INC., D/B/A CLICKUP, *Defendant.* | C.A. No. 1:23-cv-00107-MN  DEMAND FOR JURY TRIAL |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Web 2.0 Technologies, LLC and Pennar Software Corporation ("Plaintiffs") have agreed to dismiss the claims and causes of action brought against Defendant Mango Technologies, Inc. d/b/a ClickUp ("Defendant").

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and Defendant, that Plaintiffs' claims are hereby dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: January 12, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Timothy Devlin* <br> Timothy Devlin (#4241) <br> tdevlin@devlinlawfirm.com <br> DEVLIN LAW FIRM LLC <br> 1526 Gilpin Ave. <br> Wilmington, Delaware 19806 <br> Telephone: (302) 449-9010 <br> Facsimile: (302) 353-4251 <br><br> Attorneys for Plaintiffs <br> *WEB 2.0 TECHNOLOGIES, LLC and* <br> *PENNAR SOFTWARE CORPORATION* | */s/ Karen Jacobs* <br> Karen Jacobs (#2881) <br> Lucinda C. Cucuzzella (#3491) <br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> kjacobs@morrisnichols.com <br> ccucuzzella@morrisnichols.com <br><br> OF COUNSEL: <br><br> COOLEY LLP <br> Reuben H. Chen <br> rchen@cooley.com <br> Lowell D. Mead <br> lmead@cooley.com <br> Juan Pablo González <br> jgonzalez@cooley.com <br> 3175 Hanover Street <br> Palo Alto, CA 94304-1130 <br> Telephone: +1 650 843 5000 <br> Facsimile: +1 650 849 7400 <br><br> Attorneys for Defendant <br> *MANGO TECHNOLOGIES, INC. d/b/a* <br> *CLICKUP* |

IT IS SO ORDERED this __12TH__ day of __January__, 2024.

_____
The Honorable Maryellen Noreika
United States District Court Judge